ADOLFO CASOLA, Respondent, *v.* FRANCISCO VASQUEZ, Appellant, Impleaded with Another.

*Casola* v. *Kugelman*, 33 App. Div. 428, affirmed.
(Argued October 12, 1900; decided November 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*William H. Blymyer* for appellant.

*Richard L. Sweezy* and *C. W. Bennett* for respondent.

Judgment affirmed, with costs, on opinion of PATTERSON, J., below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.

---

JOHN DUFFY, Respondent, *v.* ISABELLA M. BURTON, Appellant.

*Duffy* v. *Burton*, 20 App. Div. 51, affirmed.
(Submitted October 12, 1900; decided November 20, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 31, 1898, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Robert McC. Robinson* for appellant.

*William Romer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.